**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

MID-CONTINENT CASUALTY COMPANY,
a foreign insurance company,

    Plaintiff,

vs.                                                      Case No. 5:11-cv-367-Oc-34TBS

OLD DOMINION INSURANCE
COMPANY, a Florida insurance company,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 18; Report), entered by the Honorable Thomas B. Smith, United States Magistrate Judge, on October 3, 2011. In the Report, Magistrate Judge Smith recommends that the Unopposed Motion to Intervene as Plaintiff by River Oaks Development Corp. (Dkt. No. 16) be denied because intervention by River Oaks would deprive the Court of subject matter jurisdiction. See Report at 8. No objections have been filed by any party, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 18) is **ADOPTED** as the opinion of the Court.

2. The Unopposed Motion to Intervene as Plaintiff by River Oaks Development Corp. (Dkt. No. 16) is **DENIED**.

3. The Clerk of the Court is directed to terminate River Oaks Development Corp. from the Court docket.

**DONE AND ORDERED** in Chambers, this 10th day of November, 2011.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record